UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LUANA PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:14-cv-01457-TWP-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| EAGLE ACCOUNTS GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Plaintiff, Luana Parker, by counsel and Defendant, Eagle Accounts Group, Inc., by counsel, having filed with this Court their Joint Motion to Dismiss with Prejudice, and the Court having seen, examined and considered the motion, now

HEREBY ORDERS, ADJUDGES AND DECREES, this cause of action is dismissed with prejudice.

Dated: 7/8/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Peter A. Velde - pvelde@k-glaw.com
John T. Steinkamp - steinkamplaw@yahoo.com
Michael Anthony Eades - Meades84@gmail.com